App. Div.]                First Department, February, 1928.

BELNORD APARTMENT CORPORATION, JOHN H. CARPENTER, ALLEN L. HAWSE and CHAUNCEY F. KINGSLEY, Respondents, and LOUIS K. LIGGETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW, Respondent, v. JACK STEIN and Others, Defendants. BELNORD APARTMENT CORPORATION and Others, Respondents, and LOUIS K. LIGGETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW v. JACK STEIN and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW v. JACK STEIN and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW v. JACK STEIN and Others, Impleaded with LOUIS K. LIGGETT COMPANY.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proving the Last Will and Testament of HANS HOHNER, Deceased.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition to Probate the Last Will and Testament of HANS HOHNER, Deceased.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES DOUGLAS and Another, Respondents, v. HECTOR POLK, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILIAN SALMOND, Respondent, v. FELIX SALMOND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BLANCHE S. BEARDSLEY, Respondent, v. WILLIAM H. BEARDSLEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEE A. OCHS, Respondent, v. SOUTHERN TIER THEATRE COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD D. GREENWALD, Respondent, v. GOTHAM SILK HOSIERY CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD D. GREENWALD, Respondent, v. GOTHAM SILK HOSIERY CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

FRANK CARROLL, Appellant, v. BORDEN'S FARM PRODUCTS CO., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, in so far as it relates to ownership and control of

45